Eric L. Harrison - ID #033381993
METHFESSEL & WERBEL, ESQS.
2025 Lincoln Highway, Suite 200
PO Box 3012
Edison, New Jersey 08818
(732) 248-4200
+1(732) 248-2355
mailbox@methwerb.com
Attorneys for Red Bank Board of Education
Our File No.  81063 ELH

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RED BANK BOARD OF EDUCATION<br><br>    Plaintiff,<br><br>V.<br><br>J.Z. O/B/O L.Z.<br><br>    Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>CIVIL ACTION NO.<br><br>**REQUEST FOR ORDER TO SHOW CAUSE AND EMERGENT RELIEF** |

**TO:    CLERK AND ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that the undersigned attorney for Plaintiff, Red Bank Board of Education, will apply to the United States District Court on _____, 2015 at 9:00 a.m., or as soon thereafter as counsel may be heard, for an Order to Show Cause compelling Defendant to appear to show cause why the following emergent relief should not be granted: (1) reversal of the June 22, 2015 order and decision of the Honorable Leland S. McGee, A.L.J.; and (2) a declaration that Defendants are not entitled to an order requiring Plaintiff to immediately arrange for and fully fund L.Z.'s placement at the Princeton

Child Development Institute, including all expenses related to that placement. Plaintiff shall rely upon the Verified Complaint, certifications and brief annexed hereto.

                                        **METHFESSEL & WERBEL, ESQS.**
Attorneys for Plaintiff Red Bank
Board of Education

By:_____
     Eric L. Harrison

DATED: July 6, 2015