UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RED BANK BOARD OF EDUCATION,

    Plaintiff,

v.

J.Z. o/b/o L.Z.,

    Defendants.

Civil Action No. 15-5268 (MAS) (LHG)

**ORDER TO SHOW CAUSE**

This matter comes before the Court on Plaintiff's request for an order to show cause and emergent relief. (ECF No. 1-1.) Through the order to show cause, Plaintiff seeks relief from the June 22, 2015 order and decision of the Honorable Leland S. McGee, A.L.J., declaring, on an application for emergency relief, that Plaintiff must immediately arrange for and fully fund L.Z.'s placement at the Princeton Child Development Institute, including all expenses related to that placement, until the issuance of a decision on the merits. As it has not yet exhausted its administrative remedies, Plaintiff seeks an interlocutory appeal of Judge McGee's decision. After consideration of Plaintiff's request,

**IT IS** on this 7th day of July 2015, **ORDERED** that:

1. Defendants show cause in writing by July 15, 2015, why the emergent relief requested by Plaintiff should not be granted, and whether the Court has jurisdiction to hear this interlocutory appeal;

2. Plaintiff may submit a reply to Defendants' opposition by July 22, 2015;

3. Plaintiff's application will be decided on the papers unless the Court instructs the parties otherwise; and

4. Plaintiff shall serve Defendants with a copy of this Order to Show Cause, Verified Complaint, and the supporting materials by certified mail pursuant to Federal Rule of Civil Procedure 4.1 within one (1) day hereof.

*[signature]*

**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**